UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ICE ROVER, INC.<br><br>*Plaintiff*,<br>v.<br><br>MONOPRICE, INC.<br><br>*Defendant* | Civil Action No. 6:22-cv-00799-ADA-DTG |

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE UNDER FRCP 41**

Pursuant to agreement between the parties, the Parties hereby stipulate to the dismissal of all claims with prejudice, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. The parties agree that each party will bear its own costs and attorney fees.

Executed on April 11, 2024

Respectfully submitted,

*/s/ Joseph J. Zito*
Joseph J. Zito
Whitestone Law
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
202-466-3500
jzito@whitestone.law
*Attorneys for Plaintiff*
*Ice Rover, Inc.*

*/s/ Brian Claassen*
Brian Claassen
Knobbe Martens Olson & Bear LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
brian.claassen@knobbe.com
*Attorneys for Defendant*
*Monoprice, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2024 the foregoing Notice of Stipulated Dismissal was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

/s/ Joseph J. Zito
Joseph J. Zito